**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STAR LIGHT**                                                                 **PLAINTIFF**
**ADC #158911**

**v.**                                            **Case No. 4:25-cv-00066-KGB**

**RONALD STUKEY**, *et al*.                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 5).[1]  Plaintiff Star Light was granted a motion to extend time until March 31, 2025, to file objections to the Recommended Disposition, but Star Light has not filed any objections (Dkt. No. 7).  Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (Dkt. No. 5).  The Court dismisses without prejudice Star Light's complaint based on Star Light's failure to state a plausible constitutional claim for relief (Dkt. No. 2).  The Court recommends that in the future this dismissal be considered as a "strike" for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would be frivolous and not taken in good faith.

It is so ordered this the 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge

---

[1]  After Judge Ervin filed her Recommended Disposition, the case was reassigned from United States District Judge Billy Roy Wilson to this Court (Dkt. No. 8).